MADE JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUZHOU LITIAN INTERNATIONAL TRADING CO., LTD.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JOINWIDE INC., JIF LOGISTICS INC., MEDITERRANEAN SHIPPING COMPANY, CHINA SHIPPING CONTAINER LINES CO. LTD., and Does 1 TO 10, Inclusive,<br><br>　　　　　　　Defendant. | Case No. CV 10-09466-GW(AGRx)<br><br>**ORDER TO DISMISS OF ACTION WITH PREJUDICE** |

　　　　Based on the Stipulation filed by the parties, IT IS HEREBY ORDERED that Plaintiff's entire action, including all claims against any and all named Defendants, is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 26, 2011

_____
UNITED STATES DISTRICT JUDGE
GEORGE H. WU

1 | Submitted by:

3 | /s/ James A. Marissen
WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
JENNIFER L. MEEKER, CASB No. 260138
jennifer.meeker@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Defendant
CHINA SHIPPING CONTAINER LINES CO. LTD.